NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CLOUDOFCHANGE, LLC,**
*Plaintiff-Appellee*

**v.**

**NCR CORPORATION,**
*Defendant-Appellant*

---

2023-1111

---

Appeal from the United States District Court for the Western District of Texas in No. 6:19-cv-00513-ADA, Judge Alan D. Albright.

-------------------------------------------------

**CLOUDOFCHANGE, LLC,**
*Plaintiff-Appellant*

**v.**

**NCR CORPORATION,**
*Defendant-Appellee*

---

2023-1170

---

2                    CLOUDOFCHANGE, LLC v. NCR CORPORATION

Appeal from the United States District Court for the Western District of Texas in No. 6:19-cv-00513-ADA, Judge Alan D. Albright.

——————————————

## ON MOTION

——————————————

## O R D E R

Upon consideration of CloudofChange, LLC's unopposed motion to voluntarily dismiss its cross-appeal, Appeal No. 2023-1170*, pursuant to Federal Rule of Appellate Procedure 42(b), and the parties' agreement as to the allocation of costs,

IT IS ORDERED THAT:

(1)  The motion is granted to the extent that Appeal No. 2023-1170 is dismissed.

(2)  Each side shall bear its own costs regarding Appeal No. 2023-1170.

(3)  The revised official caption for Appeal No. 2023-1111 is reflected in this order.

——————————————

\*    The motion incorrectly states that CloudofChange's cross-appeal is Appeal No. 2023-1111.

(4)  The Clerk of Court shall transmit a copy of this order to the merits panel assigned to Appeal No. 2023-1111.

FOR THE COURT

February 22, 2024
Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE (as to Appeal No. 2023-1170 only): February 22, 2024